IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:17-cv-01092 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERTO TOSO; and ) | |
| MARCELA SALMAN TOSO. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF APPEARANCE OF ATTORNEY KIERAN O. CARTER**

Please enter the appearance of attorney Kieran O. Carter as co-counsel for Plaintiff, the United States of America, in the above-captioned case.

Dated: March 1, 2018

                                                            JESSIE K. LIU
                                                            United States Attorney
                                                            District of Columbia

                                                            RICHARD E. ZUCKERMAN
                                                            Principal Deputy Assistant Attorney General

                                          By:    /s/ Kieran O. Carter
                                                            KIERAN O. CARTER
                                                            Virginia Bar No. 81953
                                                            Trial Attorney, Tax Division
                                                            U.S. Department of Justice
                                                            Post Office Box 227
                                                            Washington, D.C. 20044
                                                            Telephone: (202) 616-1920
                                                            Fax: (202) 514-6866
                                                            Kieran.O.Carter@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of March, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and sent notification of such filing to the following via email and U.S. Mail:

Robert Schwartz
53 Cardinal Drive
Westfield, NJ 07090
rschwartz@lindabury.com

                                      */s/ Kieran O. Carter*
                                      KIERAN O. CARTER
                                      Trial Attorney
                                      United States Department of Justice, Tax Division