IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERTO TOSO; and )<br>MARCELA SALMAN TOSO. )<br>)<br>Defendants. )<br>_____) | Case No. 1:17-cv-01092 |

## UNITED STATES' MOTION FOR DEFAULT JUDGMENT

The United States moves for default judgment under Fed. R. Civ. P. 55(b) against defendants Roberto Toso and Marcela Salman Toso. Both defendants failed to answer or otherwise defend this action despite waiving service of the summons and complaint.

Roberto Toso is indebted to the United States for a sum certain of $472,954.02 as of August 13, 2018, with interest and penalties that have accrued and will continue to accrue by statute until paid. Marcela Salman Toso is indebted to the United States for a sum certain of $474,273.28 as of August 13, 2018, with interest and penalties that have accrued and will continue to accrue by statute until paid.

Accordingly, the United States requests that the Clerk enter judgment against Roberto Toso and Marcela Salman Toso for those amounts. In support of this motion, the United States has attached a memorandum of points and authorities, a proposed order, Declaration of Nancy Beasley, Declaration of Sean P. O'Donnell, and Exhibits A through D.

//

//

// (Continued)

Date: December 7, 2018                                RICHARD E. ZUCKERMAN
                                                     Principal Deputy Assistant Attorney General

                                        By:    /s/ *Sean P. O'Donnell*
                                               SEAN P. O'DONNELL
                                               Trial Attorney, Tax Division
                                               U.S. Department of Justice
                                               P.O. Box 227
                                               Washington, D.C. 20044
                                               Telephone: (202) 514-9641
                                               Facsimile: (202) 514-6866
                                               Sean.P.ODonnell@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on December 7, 2018, I electronically filed this motion, memorandum of points and authorities, declaration, exhibits, and proposed order with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants. I also certify that on the same date I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

Robert Schwartz
53 Cardinal Ave.
P.O. Box 2369
Westfield, NJ 07091-2369
(908) 233-6800 ext. 2395
rschwartz@lindabury.com
*Counsel for Roberto and Marcela Toso*

                                                  */s/ Sean P. O'Donnell*
                                                  SEAN P. O'DONNELL
                                                  *Trial Attorney*